US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP - 4 2018

DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

United States District Court for the Western District of Arkansas

Dwayne Garrett )
Shirley Garrett )
)
Vs. )       Case # 18-5172 PKH
)
Mary Fallon )
)
Lexie P. Norwood )
)
Gary Jones )
)
Michael E. Horowitz )

Petition, Complaint and Claim under Authority of 18 USC 1964 (a).

Subject Matter Jurisdictional Statement – Federal Question Jurisdiction 28 USC § 13331: the Federal District Court has Subject Matter Jurisdiction to consider this claim under authority of 18 USC 2964 (a) and by virtue of sufficient pleadings clearly articulating violations of 28 USC 1961 and 1962.

Oklahoma Statutes Citationized : Title 21 Crimes and Punishment, Chapter 4 Parties to Crime, Section 173 Definition of Accessories

Statement of Claim

Cause of Action # 1 – Mary Fallon is engaged in Case # 18-5128 and 18-5163 and #115961. Mary Fallon, under the statutes listed above and the Petition # 115012 which will be used as evidence, we are asking for justice under Title 18 USC 241.

Cause of Action # 2 – Lexie P. Norwood is a defendant in case # 18-5128 and 18-5163. She is employed by the State of Oklahoma as an Assistant Attorney General. She is using the equipment, the paper and the postal to defend her action. She is working PRO HAC VICE into these cases. By law she has to have leave of absence from the State Legislature. Lexie P. Norwood is engaged with Mike Hunter in criminal activity, Oklahoma Statues citationized : Title 21 Crimes and Punishment, Chapter 4 Parties to Crime, Section 173 Definition of Accessories. She is a State employee bi-monthly. She cannot represent a Federal employee PRO HAC VICE while being employed by the State of Oklahoma. We are adding the evidence of the cases. She is committing tax fraud. Lexie P. Norwood is a defendant in case # 18-5128 and 18-5163 under USC 753. In 28 USC 241 she is committing fraud.

Cause of Action # 3 – We are petitioning Gary Jones to seek justice. The copies of all cases listed, along with the envelopes, will be attached.

Cause of Action # 4 – We are petitioning Michael Horowitz to seek justice under Oklahoma Statues citationized : Title 21 Crimes and Punishment, Chapter 4 Parties to Crime, Section 173 Definition of Accessories along with Case # 18-5128 and 18-5163. We are seeking justice for all petitions.

_____ Date 9-4-18
Dwayne Garrett
385241 W 3000 Road
Ochelata, OK 74051

_____ Date 9-4-18
Shirley Garrett
385241 W 3000 Road
Ochelata, OK 74051

State of __Arkansas__

County of __Benton__

JEFFREY STEWART
NOTARY PUBLIC-STATE OF ARKANSAS
BENTON COUNTY
My Commission Expires 07-16-2023
Commission # 12394438

The foregoing document was acknowledged before me this __4__ day of __Sept__ 20__18__, by _____

to be his/her free act of deed.

Signature of Notary Public _____

My Commission Expires __7-16-23__

Defendant Mary Fallon
2300 N. Lincoln Blvd, Room 212
Oklahoma City, OK 73105

Assistant Attorney General Lexie P. Norwood
4345 N. Lincoln Blvd.
Oklahoma City, OK 73105

Gary Jones
2300 N. Lincoln Blvd, Room 100
Oklahoma City, OK 73105

Inspector General Michael Horowitz
950 Pennsylvania Ave., N.W.
Suite 4706
Washington, D.C. 20530